# EXHIBIT A:

Letter from Hugh Cheetham, Senior Counsel/Deputy Director, DFAIT, & William L. Busis, Associate General Counsel, USTR, to Caratina L. Alston, U.S. Secretary, NAFTA Secretariat, U.S. Section (May 11, 2006)

# NAFTA SECRETARIAT
## U.S. Section

14th Street & Constitution Avenue., N.W. / Room 2061 / Washington, D.C. 20230

May 12, 2006

**IN THE MATTER OF CERTAIN SOFTWOOD LUMBER PRODUCTS FROM CANADA FINAL AFIRMATIVE COUNTERVAILING DUTY DETERMINATION**

**SECRETARIAT FILE: ECC-2006-1904-01USA**

Mr. Françoy Raynauld, Ph.D.
Canadian Secretary
NAFTA Secretariat, Canadian Section
90 Sparks Street
Suite 705
Ottawa, Ontario
K1P 5B4

**RE: NOTICE OF SUSPENSION OF ECC PROCEEDING**

Dear Mr. Raynauld:

Pursuant to Rule 11 of the Article 1904 Panel Rules, I am forwarding one copy of the subject document which I am serving on the persons listed on the attached service list pursuant to Rule 23(c).

Sincerely,

Caratina L. Alston
United States Secretary

Enclosures as stated

cc:   Rafael Serrano
      Mexican Secretary

Telephone: (202) 482-5438                                           FAX: (202) 482-0148

RECEIVED

May 11, 2006  MAY 11 P 4:40

NAFTA SECRETARIAT
U.S. SECTION

Ms. Caratina L. Alston
NAFTA Secretariat, United States Section
Suite 2061
14th Street and Constitution Ave., NW
Washington, DC 20230

RE: In the Matter of Certain Softwood Lumber Products from Canada:
Final Affirmative Countervailing Duty Determination:
ECC-2006-1904-01USA

Dear Ms. Alston:

On April 27, 2006, the Government of the United States and the Government of Canada announced an agreement to resolve the softwood lumber dispute. In light of that agreement, our two Governments agreed that the above referenced Extraordinary Challenge Committee proceeding (ECC) would be suspended. Attached, therefore, is a Notice of Suspension of the ECC proceeding that we request you issue and serve on the participants to the ECC.

The proposed Notice advises participants that the briefing schedule set by the Rules is suspended, such that participants need not file briefs or other submissions unless and until they receive notice that either Canada or the United States has decided that this proceeding should move forward.

Respectfully submitted,

On Behalf of the Government of Canada:

*[signature]*

Hugh Cheetham
Senior Counsel/Deputy Director
DFAIT

On Behalf of the Government of the United States:

*[signature]*

William L. Busis
Associate General Counsel
USTR

Attachments