# EXHIBIT B:

**"Notice Of Suspension Of ECC Proceeding"**
In the Matter of *Certain Softwood Lumber Products from Canada: Final Affirmative Countervailing Duty Determination*,
NAFTA Secretariat No. ECC-2006-1904-01USA
dated May 12, 2006

# THE NORTH AMERICAN FREE TRADE AGREEMENT
## ARTICLE 1904 EXTRAORDINARY CHALLENGE

| | |
|---|---|
| In the Matter of: ) <br> Certain Softwood Lumber Products ) <br> from Canada: Final Affirmative ) <br> Countervailing Duty Determination ) <br> ) | Secretariat File No. <br> ECC-2006-1904-01USA |

## NOTICE OF SUSPENSION OF ECC PROCEEDING

The Secretariat hereby provides notice to participants in the above-captioned ECC proceeding that, by agreement of the Government of the United States and the Government of Canada, the proceeding, including the briefing schedule established by the NAFTA Extraordinary Challenge Committee Rules, is suspended.

The suspension will be rescinded: (1) effective on the 15th day after notice of rescission is filed with the Secretariat by either Canada or the United States and served upon all participants in the ECC; or (2) immediately upon the filing with the Secretariat by the United States and Canada of a joint notice of rescission. In the event of a rescission, the briefing schedule established by the Rules will apply as if the Request for Extraordinary Challenge Committee had been filed on the effective date of rescission. The United States and Canada have agreed that, in the event of a rescission, they will use best efforts to ensure that an Extraordinary Challenge Committee is established within 15 days of the filing of the notice of rescission.

*Caratina L. Alston*
Caratina Alston
U.S. Secretary
NAFTA Secretariat
ISSUE DATE: 5-12-06