# CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2006, service of copies of the attached documents, filed *In the Matter of Arbitration: Ontario Forest Industries Association, Ontario Lumber Manufacturers Association and Government of Canada, Stephen Harper, Prime Minister of Canada; David Emerson, Minister of International Trade*, U.S. District Court for the District of Columbia, Court No. _____, was requested pursuant to the applicable international convention to be made on the following parties:

**ON BEHALF OF THE GOVERNMENT OF CANADA**

Minister of Justice and Attorney General of Canada
284 Wellington Street
Ottawa, Ontario
Canada K1A 0H8

**ON BEHALF OF STEPHEN HARPER, PRIME MINISTER OF CANADA**

Hon. Stephen Harper
Office of the Prime Minister
80 Wellington Street
Ottawa, Ontario
Canada K1A 0A2

**ON BEHALF OF DAVID EMERSON, MINISTER OF INTERNATIONAL TRADE**

Hon. David Emerson
Minister, International Trade Canada
Office of the Minister for International Trade Canada
125 Sussex Drive
Ottawa, Ontario
Canada K1A 0G2


_____
Elizabeth Teague, Trade Analyst
**BAKER & HOSTETLER LLP**