CO-386-online
10/03

# United States District Court
# For the District of Columbia

Ontario Forest Industries Association; )
Ontario Lumber Manufacturers Assocation )
)
)
             vs    Plaintiff )   Civil Action No. __**06 0989**__
)
Government of Canada; Stephen Harper, Prime )
Minister of Canada; David Emerson, Minister of )
International Trade )
)
                  Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Ontario Forest Industries Association__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _____ which have any outstanding securities in the hands of the public:

   The Ontario Forest Industries Association is a trade association consisting of Canadian softwood lumber producers. For list of members, see attached.

These representations are made in order that judges of this court may determine the need for recusal.

                                        Attorney of Record

                                        _/s/ Elliot J. Feldman_
                                        Signature

__418501__
BAR IDENTIFICATION NO.              Elliot J. Feldman
                                        Print Name

                                        Baker & Hostetler LLP, 1050 Connecticut Ave. NW, Suite 1100
                                        Address

                                        Washington, DC 20036
                                        City          State          Zip Code

                                        (202) 861-1679
                                        Phone Number

## ONTARIO FOREST INDUSTRIES ASSOCIATION MEMBERS

| | | |
|---|---|---|
| Abitibi-Consolidated Inc. | Grant Forest Products Inc. | Midway Lumber Mills Ltd. |
| Bowater Canadian Forest Products Inc. | Herb Shaw and Sons Limited | Norampac Inc. |
| Cascades Fine Papers Group, Thunder Bay Inc. | Longlac Wood Industries Inc. | Norbord Industries Inc. |
| Columbia Forest Products Ltd. | Marathon Pulp Inc. | Spruce Falls Inc. |
| Domtar Inc. | McRae Lumber Company Ltd. | St. Marys Paper Ltd. |
| Gogama Forest Products | | Tembec Inc. |
| | | Weyerhaeuser |

### AFFILIATE MEMBERS

| | | |
|---|---|---|
| Bancroft Minden Forest Company, Inc. | Northshore Forest Inc. | ShiningTree Forest Inc. |
| Clergue Forest Management Inc. | Ottawa Valley Forest Inc. | Timiskaming Forest Alliance Inc. |
| Mazinaw-Lanark Forest Inc. | Red Lake Forest Management Company Ltd. | Westwind Forest Stewardship Inc. |
| Nipissing Forest Resources Management Inc./ The Vermillion Forest Management Company Ltd | | |