CO-386-online
10/03

# United States District Court
# For the District of Columbia

Ontario Forest Industries Association; )
Ontario Lumber Manufacturers Assocation )
                                         )
                                         )     06 0989
            Plaintiff                    )
         vs                              )     Civil Action No. _____
                                         )
Government of Canada; Stephen Harper, Prime )
Minister of Canada; David Emerson, Minister of )
International Trade                      )
                                         )
            Defendant                    )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Ontario Lumber Manufacturers Association__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _____ which have any outstanding securities in the hands of the public:

The Ontario Lumber Manufacturers Association is a trade association consisting of Canadian softwood lumber producers. For list of members, see attached.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

418501
BAR IDENTIFICATION NO.

Elliot J. Feldman
Print Name

Baker & Hostetler LLP, 1050 Connecticut Ave. NW, Suite 1100
Address

Washington, DC   20036
City          State        Zip Code

(202) 861-1679
Phone Number

# ONTARIO LUMBER MANUFACTURERS ASSOCIATION MEMBERS

Argo Lumber Inc.

Atikokan Forest Products

Buchanan Northern Hardwoods

Canada Pallet Corp.

Carson Lake Lumber

Cheminis Lumber Inc.

Chisholm's (Roslin) Ltd.

Devlin Timber Company (1992) Limited

Dubreuil Forest Products Limited

Elmira Wood Products Limited

Georgian Bay Forest Products Ltd.

Gillies Lumber Inc.

Great Lakes MSR Lumber Ltd.

Great West Timber Limited

Home Lumber Inc.

Isidore Roy Limited

Jan Woodlands

Kenora Forest Products Limited

Kent Trusses Ltd.

Lawson Lumber Company Ltd.

Lecours Lumber Company

Liskeard Lumber Ltd.

Liverance Lumber

Long Lake Forest Products

Manitou Forest Products Ltd.

McKenzie Forest Products Ltd.

Mercury Manufacturing Inc.

Midway Lumber Mills Ltd.

Nakina Forest Products Limited

Nickel Lake Lumber

Northern Wood

Olav Haavaldsrud Timber Company

P.A. Lumber & Planing Mill

Pastway Planing Limited

R. Fryer Forest Products Ltd.

Solid Wood Products Inc.

South River Planing Mills Inc.

Taiga Forest Products

Tamarack Lumber Inc

Tarpin Lumber Incorporated

W.C. Edwards Lumber