UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the Matter of the Arbitration: )
*Certain Softwood Lumber* )
*Products From Canada: Final* )
*Affirmative Countervailing Duty* )
*Determination*, NAFTA Secretariat )
No. ECC-2006-1904-01USA )
)
ONTARIO FOREST INDUSTRIES )
ASSOCIATION, ONTARIO LUMBER )
MANUFACTURERS ASSOCIATION, )
)
      Petitioners, )
)
and )
)
GOVERNMENT OF CANADA; STEPHEN HARPER, )
PRIME MINISTER OF CANADA; DAVID EMERSON, )
MINISTER OF INTERNATIONAL TRADE; )
)
      Respondents. )

## MOTION TO STAY PROCEEDINGS

Petitioners, the Ontario Forest Industries Association ("OFIA") and the Ontario Lumber Manufacturers Association ("OLMA") (collectively "Petitioners"), pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Local Rule 7, respectfully request that this Court stay proceedings in the above-captioned case pending the final disposition of the recently filed action, *In the Matter of Arbitration: Ontario Forest Industries Association and Ontario Lumber Manufacturers Association and Government of Canada, et al.*, Case No 06-00168 ("CIT Motion to Compel"), filed in the United States Court of International Trade to compel the Government of Canada to arbitrate *In the Matter of Certain Softwood Lumber Products from Canada: Final*

*Affirmative Countervailing Duty Determination*, NAFTA Secretariat No. ECC-2006-1904-01USA ("ECC"). A stay is appropriate for reasons of judicial economy because an order in favor of Petitioners in the CIT Motion to Compel will cause this case to become moot.

## PROCEDURAL BACKGROUND

This proceeding arises from unlawful acts taken by the Governments of the United States and Canada to delay final disposition and enforcement of a decision favorable to Petitioners in *Certain Softwood Lumber Products From Canada: Final Affirmative Countervailing Duty Determination*, Secretariat File No. USA-CDA-2002-1904-03. Petitioners set forth a detailed factual background to this action in the Petition to Compel, ¶¶ 12 -30, and hereby incorporate that discussion into this Motion. Petitioners gave Notice to the Government of Canada, in accordance with 9 U.S.C. § 4 and Rule 5(b) of the Rules of the U.S. Court of International Trade, on May 16, 2006 of their intent to file a Petition and a Motion to Compel Arbitration. *See* Exhibit A. Petitioners filed the CIT Motion to Compel on May 25, 2006, moving for an order to compel Respondents to proceed with arbitration in accordance with the terms of Article 1904 of the North American Free Trade Agreement ("NAFTA") and the Rules of Procedure for Article 1904 Extraordinary Challenge Committees (the "ECC Rules").

Contemporaneously with the filing of this Motion, Petitioners are filing a Petition to Compel Arbitration with this Court. Through this action, Petitioners seek to preserve their rights to compel Canada to appoint its members of the ECC in order to ensure ECC proceedings will continue should the CIT determine that it lacks jurisdiction over the CIT Motion to Compel and denies Petitioners the requested relief.

## STATEMENT OF POINTS OF AUTHORITIES

This Court "has broad discretion to stay all proceedings in an action pending the resolution of independent proceedings elsewhere." *See IBT/HERE Employee Representative Council v. Gate Gourmet Div. Americas*, 402 F. Supp. 2d 289, 292 (D.D.C. 2005) (citing *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). This action involves the exact same parties and issues before the CIT- whether Respondents have an obligation to proceed with arbitration as Petitioners allege they do. The final disposition of the CIT Motion to Compel on the merits would eliminate the need for the parties to litigate the action in this Court. Therefore, Petitioners believe that it is in the interests of judicial economy and the Respondents for the Court to stay these proceedings.

## RELIEF SOUGHT

Wherefore, Petitioners respectfully request that the Court grant this Motion to Stay Proceedings and enter the proposed Order granting the stay pending the final disposition of the CIT Motion to Compel. A copy of the proposed Order is attached.

Dated: May 30, 2006

Respectfully submitted,

_____
Elliot J. Feldman (DC Bar #418501)
John J. Burke (DC Bar #412861)
Michael S. Snarr (DC Bar #474719)
Ronald J. Baumgarten (DC Bar #474560)
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: 202-861-1679
Fax: 202-861-1783
Counsel to the Ontario Forest Industries Association and the Ontario Lumber Manufacturers Association