UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration:<br>*Certain Softwood Lumber Products From Canada: Final Affirmative Countervailing Duty Determination*, NAFTA Secretariat No. ECC-2006-1904-01USA<br><br>ONTARIO FOREST INDUSTRIES ASSOCIATION, ONTARIO LUMBER MANUFACTURERS ASSOCIATION;<br><br>Petitioners,<br><br>and<br><br>GOVERNMENT OF CANADA; STEPHEN HARPER, PRIME MINISTER OF CANADA; DAVID EMERSON, MINISTER OF INTERNATIONAL TRADE;<br><br>Respondents. | Case No. 1:06-CV-00989<br>Judge James Robertson |

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, undersigned counsel of record for Petitioners, the Ontario Forest Industries Association ("OFIA") and the Ontario Lumber Manufacturers Association ("OLMA") (collectively "Petitioners"), hereby request that the Clerk mail a copy of the enclosed Notice of Suit, Petition to Compel Arbitration, Motion to Stay Proceedings, Proposed Order, Civil Cover Sheet, Rule 7.1 Certificate, and Initial Electronic Case Filing Order by international registered mail, return receipt requested, pursuant to the provisions of 28 U.S.C. § 1608(a)(3), to:

> The Honourable Peter MacKay, Minister of Foreign Affairs
> on behalf of the Government of Canada
> 125 Sussex Drive

Ottawa, Ontario
Canada K1A 0G2

The Honourable Peter MacKay, Minister of Foreign Affairs
on behalf of
The Right Honourable Stephen Harper
Prime Minister of Canada
125 Sussex Drive
Ottawa, Ontario
Canada K1A 0G2

The Honourable Peter MacKay, Minister of Foreign Affairs
on behalf of
The Honourable David Emerson
Minister of International Trade
125 Sussex Drive
Ottawa, Ontario
Canada K1A 0G2

I certify that this method of service is authorized by the domestic law of Canada and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

Respectfully submitted,

_____
Michael S. Snarr (DC Bar #474719)
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: 202-861-1679
Fax: 202-861-1783

Counsel to the Ontario Forest Industries Association and the Ontario Lumber Manufacturers Association

Dated: June 6, 2006