UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the Matter of the Arbitration: )
*Certain Softwood Lumber* )
*Products From Canada: Final* )
*Affirmative Countervailing Duty* )
*Determination,* NAFTA Secretariat )
No. ECC-2006-1904-01USA )
)
ONTARIO FOREST INDUSTRIES )
ASSOCIATION, ONTARIO LUMBER )
MANUFACTURERS ASSOCIATION; )
)
Petitioners, )
)
and ) Case No. 1:06-CV-00989
) Judge James Robertson
GOVERNMENT OF CANADA; STEPHEN HARPER, )
PRIME MINISTER OF CANADA; DAVID EMERSON, )
MINISTER OF INTERNATIONAL TRADE; )
)
Respondents. )
)

### AFFIDAVIT REQUESTING FOREIGN MAILING

I, undersigned counsel of record for Petitioners, the Ontario Forest Industries Association ("OFIA") and the Ontario Lumber Manufacturers Association ("OLMA") (collectively "Petitioners"), hereby request that the Clerk mail a copy of the enclosed Petition to Compel Arbitration, Motion to Stay Proceedings, Proposed Order, Civil Cover Sheet, Rule 7.1 Certificate, and Initial Electronic Case Filing Order by international registered mail, return receipt requested, pursuant to the provisions of 28 U.S.C. § 1608(b)(3)(B), to:

>The Right Honourable Stephen Harper
>Prime Minister of Canada
>80 Wellington Street

Ottawa, Ontario
Canada K1A 0G2

The Honourable David Emerson
Minister of International Trade
125 Sussex Drive
Ottawa, Ontario
Canada K1A 0G2

I certify that this method of service is authorized by the domestic law of Canada and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

Respectfully submitted,

Michael S. Snarr (D.C. Bar #474719)
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: 202-861-1679
Fax: 202-861-1783

Dated: June 6, 2006

Counsel to the Ontario Forest Industries Association and the Ontario Lumber Manufacturers Association