**Receipt 1 (top left):**

Registered No. RB 328 947 815 US

FROM:
The Honourable Peter MacKay
Minister of Foreign Affairs on
behalf of the Right Honourable
Stephen Harper
Prime Minister of Canada
125 Sussex Drive
Ottawa, Ontario Canada K1A 0G2

TO:
Clerk's Office
U.S. District Court for the
District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

PS Form 3806, Receipt for Registered Mail — Copy 1 - Customer
June 2002    (See Information on Reverse)
06-0989 JR

For delivery information, visit our website at www.usps.com®

Postmark: WASHINGTON SQUARE PO 20035, JUN 8 2006

---

Registered No. RB 328 947 819 US

FROM:
The Honourable Peter MacKay
Minister of Foreign Affairs on
behalf of the Government of Canada
125 Sussex Drive
Ottawa, Ontario Canada K1A 0G2

TO:
Clerk's Office
U.S. District Court for the
District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

PS Form 3806, RECEIPT FOR REGISTERED MAIL (Customer Copy)
April 1991    (See Information on Reverse)
06-0989 JR

Postmark: WASHINGTON SQUARE PO 20035, JUN 8 2006

---

**Receipt 3 (middle left):**

REGISTERED NO. RB 328 947 818 US

FROM:
The Honourable David Emerson
Minister of International Trade
125 Sussex Drive
Ottawa, Ontario Canada K1A 0G2

TO:
Clerk's Office
U.S. District Court for the
District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

PS Form 3806, RECEIPT FOR REGISTERED MAIL (Customer Copy)
April 1991    (See Information on Reverse)
06-0989 JR

Postmark: WASHINGTON SQUARE PO 20035, JUN 8 2006

---

**Receipt 4 (middle right):**

Registered No. RB 328 947 821 US

FROM:
The Honorable Stephen Harper
Prime Minister of Canada
80 Wellington Street
Ottawa, Ontario Canada K1A 0G2

TO:
Clerk's Office
U.S. District Court for the
District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

PS Form 3806, RECEIPT FOR REGISTERED MAIL (Customer Copy)
April 1991    (See Information on Reverse)
06-0989 JR

Postmark: WASHINGTON SQUARE PO 20035, JUN 8 2006

---

**Receipt 5 (bottom right):**

Registered No. RB 328 947 804 US

FROM:
The Honourable Peter MacKay
Minister of Foreign Affairs on
behalf of the Right Honourable
David Emerson, Minister of
International Trade
125 Sussex Drive
Ottawa, Ontario Canada K1A 0G2

TO:
Clerk's Office
U.S. District Court for the
District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Postmark: WASHINGTON SQUARE PO 20035, JUN 8 2006