| Item Description (Nature de l'envoi) | Registered Article (Envoi recommandé) ☐ | Letter (Lettre) ☐ | Printed Matter (Imprimé) ☐ | Other (Autre) ☐ | Recorded Delivery (Envoi à livraison attestée) ☐ | Express Mail International ☐ |
|---|---|---|---|---|---|---|
| Insured Parcel (Colis avec valeur déclarée) ☐ | Insured Value (Valeur déclarée) | | Article Number RB 328 947 804 US | | | |

**Office of Mailing (Bureau de dépôt):** The Honourable Peter MacKay

**Addressee Name or Firm (Nom ou raison sociale du destinataire):** Minister of Foreign Affairs on behalf of the Right Honourable David Emerson Minister of International Trade

**Street and No. (Rue et No.):** 125 Sussex Drive

**Place and Country (Localité et pays):** Ottawa, Ontario Canada K1A 0G2

**Date of Posting (Date de dépôt):** JUN 20 2006 RECEIVED

This receipt must be signed by: (1) the addressee, or (2) a person authorized to sign under the regulations of the country of destination, or (3) if regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)

**Date:** JUN 20 2006

**Signature of Addressee** / **Office of Destination Employee Signature**

PS Form 2865, February 1997 (Reverse)

06-989