| Item Description (Nature de l'envoi) | Registered Article (Envoi recommandé) | ☐ Letter (Lettre) | Printed Matter ☐ (Imprimé) | Other ☐ (Autre) | Recorded Delivery ☐ (Envoi à livraison attestée) | Express Mail International ☐ |
|---|---|---|---|---|---|---|
| Insured Parcel ☐ (Colis avec valeur déclarée) | | Insured Value (Valeur déclarée) | | | Article Number RB 328 947 787 | |

**Office of Mailing (Bureau de dépôt):** The Honourable Stephen Harper Prime Minister of Canada
**Date of Posting:** JUN 2006

**Addressee Name or Firm:**
**Street and No.:** 80 Wellington Street
**Place and Country:** Ottawa, Ontario Canada K1A 0G2 0A2

Postmark: XPRESSPOST OTTAWA, ON

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)
**Date:** JUN 23 2006

Signature of Addressee / Office of Destination Employee Signature

PS Form 2865, February 1997 (Reverse)   06-989 JR

---

| Item Description | Registered Article | ☐ Letter | Printed Matter ☐ | Other ☐ | Recorded Delivery ☐ | Express Mail International ☐ |
|---|---|---|---|---|---|---|
| Insured Parcel ☐ | | Insured Value | | | Article Number RB 328 947 795 US | |

**Office of Mailing:** The Honourable Peter MacKay, Minister of Foreign Affairs on behalf of the Right Honourable Stephen Harper Prime Minister of Canada
**Street and No.:** 125 Sussex Drive
**Place and Country:** Ottawa, Ontario Canada K1A 0G2 0A2

Postmark: XPRESSPOST OTTAWA, ON

☐ The article mentioned above was duly delivered.
**Date:** JUN 23 2006

Signature of Addressee / Office of Destination Employee Signature

PS Form 2865, February 1997 (Reverse)   06-0989 JR

---

| Item Description | Registered Article | ☐ Letter | Printed Matter ☐ | Other ☐ | Recorded Delivery ☐ | Express Mail International ☐ |
|---|---|---|---|---|---|---|
| Insured Parcel ☐ | | Insured Value | | | Article Number RB 328 947 781 US | |

**Office of Mailing:** The Honourable Peter MacKay Minister of Foreign Affairs on behalf of the Government of Canada
**Street and No.:** 125 Sussex Drive
**Place and Country:** Ottawa, Ontario Canada K1A 0G2

Postmark: RECEIVED JUN 23 2006 / XPRESSPOST OTTAWA, ON

☐ The article mentioned above was duly delivered.
**Date:** JUN 23 2006

Signature of Addressee / Office of Destination Employee Signature