## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ONTARIO FOREST INDUSTRIES ASSOCIATION, ONTARIO LUMBER MANUFACTURERS ASSOCATION,<br><br>Petitioners,<br><br>v.<br><br>GOVERNMENT OF CANADA;<br>284 Wellington St.; Ottawa, Ontario, Canada K1A OH8;<br><br>STEPHEN HARPER, PRIME MINISTER OF CANADA;<br>80 Wellington St.; Ottawa, Ontario, Canada K1A 0A2;<br><br>and DAVID EMERSON, MINISTER OF INTERNATIONAL TRADE;<br>125 Sussex Drive; Ottawa, Ontario, Canada K1A 0G2,<br><br>Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  No. 1:06-cv-00989 (JR) |

## <u>STIPULATION TO STAY OF PROCEEDINGS</u>

Petitioners Ontario Forest Industries Association and Ontario Lumber Manufacturers Association ("Petitioners") and Respondents The Government of Canada, Prime Minister Stephen Harper, and Minister of International Trade David Emerson ("Respondents"), through their undersigned counsel, stipulate as follows:

1.      All proceedings in this case shall be stayed until the day upon which the petition filed by Petitioners against Respondents in the Court of International Trade ("CIT"), *see Ontario Forest Indus. Ass'n et al. v. Government of Canada et al.*, No. 06-00168 (Ct. Int'l Trade), is granted, dismissed, denied, or withdrawn ("Final Decision").

2.  In the event the petition at the CIT is granted, Petitioners will withdraw the action in this Court, notwithstanding any appeal by Respondents.  In the event the petition at the CIT is dismissed or denied, Petitioners will forgo an appeal from the CIT's decision to dismiss or deny the petition.

3.  Respondents need not answer or otherwise respond to the petition to compel arbitration or any subsequently filed motion to compel arbitration in this case until 11 days after Final Decision of the CIT petition.

4.  By entering into this stipulation, Respondents do not waive or forgo any position or defense in this case, including but not limited to lack of jurisdiction, foreign sovereign immunity, or any other immunity from suit.  Petitioners agree that they shall not assert that any position or defense has been waived or is otherwise unavailable by virtue of the filing of this stipulation or the entry of a stay.

5.  The parties will promptly notify the Court after Final Decision of the CIT petition.


Respectfully submitted,


Dated:  June 30, 2006

/s/ Elliot J. Feldman
Elliot J. Feldman (DC Bar #418501)
John J. Burke (DC Bar #412861)
Michael S. Snarr (DC Bar #474560)
Ronald J. Baumgarten (DC Bar #474560)

BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington D.C. 20036
Tel.: (202) 861-1679
Fax: (202) 861-1783

*Attorneys for Petitioners*

/s/ Randolph D. Moss_____
Randolph D. Moss (DC Bar #417749)

WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, D.C. 20006
Tel.  (202) 663-6000
Fax  (202) 663-6363

*Attorney for Respondents*

**IT IS SO ORDERED**

DATED:  June ___, 2006.

_____
United States District Judge

US1DOCS 5730394v1