IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| ONTARIO FOREST INDUSTRIES ASSOCIATION, ONTARIO LUMBER MANUFACTURERS ASSOCIATION,<br><br>Petitioners,<br><br>v.<br><br>GOVERNMENT OF CANADA; STEPHEN HARPER, PRIME MINISTER OF CANADA; and DAVID EMERSON, MINISTER OF INTERNATIONAL TRADE,<br><br>Respondents. | 1:06-cv-00989-JR |

## NOTICE OF DISMISSAL

On October 12, 2006, the United States formally withdrew its Request for an ECC that provided the basis for this action. On October 19, 2006, the NAFTA Secretariat issued a Notice of Completion of Panel Review, effective October 12, 2006. *See* 71 Fed. Reg. 61,715 (Oct. 19, 2006). The Notice of Completion erroneously states that it was issued "on the basis of the negotiated settlement between the United States and Canada," which became effective on October 12, 2006. *Id.* at 61,716. The correct legal basis for the Notice of Completion is the withdrawal by the United States of its Request for an ECC, and the correct effective date of Completion of Panel Review, pursuant to the NAFTA Article 1904 Panel Rules, is April 28, 2006.[1] The NAFTA Secretariat has yet to correct the text of that Notice despite a communication of October 13, 2006

---

[1] Pursuant to NAFTA Panel Rule 78(b), the Notice of Completion of Panel Review is effective (absent a Request for an ECC) on the 31st day following the day on which the Secretariat issued a Notice of Final Panel Action. In this case, the NAFTA Secretariat issued its Notice of Final Panel Action on March 28, 2006, and the correct effective date of the Notice of Completion is April 28, 2006.

explaining what needed to be done, and a second communication of October 20 advising it that the Notice as published does not correspond correctly to the law.

The Government of Canada concurs that the Notice is erroneous, *see* Joint Status Report (U.S. Court of International Trade Court No. 06-00168, Feb. 1, 2007), and is pursuing this matter with the Secretariat and the Government of the United States. In light of that good faith undertaking, Petitioners are now voluntarily dismissing this action.

There is no question that the United States has withdrawn its Request for an ECC. The proceeding in which Petitioners wished to compel the participation of the Government of Canada no longer exists. Accordingly, and with the understanding that the Notice bringing the underlying action to a conclusion regrettably remains erroneous, this action should be dismissed. Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Petitioners hereby voluntarily dismiss this action.

Respectfully submitted,

/s/ Ellliot J. Feldman
Elliot J. Feldman (DC Bar #418501)
John J. Burke (DC Bar #412861)
Michael S. Snarr (DC Bar #474560)

BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel.: (202) 861-1679
Fax: (202) 861-1783

Counsel for Petitioners Ontario Forest Industries Association and Ontario Lumber Manufacturers Association