# PUBLIC CERTIFICATE OF SERVICE

## U.S. District Court for the District of Columbia

## Civil Case No. 06-00989

I, Simona Wexler, hereby certify that on February 2, 2007, a copy of the Notice to Dismiss in the above-referenced civil case, was served by first-class mail on the following party:

**ON BEHALF OF THE GOVERNMENT OF CANADA, STEPHEN HARPER, PRIME MINISTER OF CANADA, AND DAVID EMERSON, MINISTER OF INTERNATIONAL TRADE:**

Randolph D. Moss
**WILMER HALE**
1875 Pennsylvania Avenue, NW
Washington, DC 20037

_____
Simona Wexler, International Trade Specialist
Baker & Hostetler, LLP